CHARLES H. STECKER, Respondent, *v.* WEAVER COAL AND COKE COMPANY, Appellant.

*Stecker* v. *Weaver Coal & Coke Co.*, 116 App. Div. 772, affirmed.
(Argued April 20, 1908; decided May 19, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 22, 1907, modifying and affirming as modified a judgment in favor of plaintiff entered upon a verdict and affirming an order denying a motion for a new trial in an action to recover for an alleged breach of contract.

*Joseph A. Arnold* for appellant.

*Alfred B. Nathan* and *Woodson R. Oglesby* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur : CULLEN, Ch. J., GRAY, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.